ACCEPTED
03-17-00392-CV
21562872
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/2/2018 4:39 PM
JEFFREY D. KYLE
CLERK

# akerman

Joseph Nixon

Akerman LLP
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056

D: 713 623 0887
F: 713 960 1527

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/2/2018 4:39:29 PM
JEFFREY D. KYLE
Clerk

January 2, 2018

RE: Sullivan v. Texas Ethic Commission, No. 03-17-00392-CV, in the Court of Appeals for the Third Judicial District of Texas, in Austin.

---

The Honorable Justices David Puryear,                                    *Via E-filing*
Scott, Field, and Cindy Bourland
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

### Appellant's Response to the Post-Submission Letter Brief of the Texas Ethics Commission

Dear Justices Puryear, Field, and Bourland:

**I.     The Texas Ethics Commission ("TEC") admits that the exemption contained in TEX. CIV. PRAC. & REM. CODE §27.010(a) does not exempt this legal action from a motion to dismiss brought pursuant to TEX. CIV. PRAC. & REM. CODE §27.003.**

First, this suit is not an "enforcement action" at all as the TEC has so admitted. RR 3:49; RR 3:58.

Second, the TEC admits in its letter brief it did not vote to initiate a civil "enforcement action" as required by TEX. GOV'T CODE § 571.171. Nor did the TEC vote to initiate an investigation. TEX. GOV'T CODE § 571.124. This court has jurisdiction only because of a de novo review under TEX. GOV'T CODE § 571.133(a) and not because the TEC voted to initiate an enforcement action.

Finally, the matter is not brought in the name of the state by the Attorney General.

**II.    The case may not proceed to trial on a notice of appeal and a general denial as the only live pleadings.**

The position of the TEC in its letter brief that this case could go to trial with only a notice of appeal and a general denial in not legally supportable. Indisputably, the TEC has the burden of proof in this case. TEX. GOV'T CODE § 571.133(d) very clearly states, in part:

> "(d)…. The reviewing court shall try all issues of fact and law in the manner applicable to the other civil suits in this state but may not admit in evidence the fact of prior action by the commission or the nature of that action, except to the limited extent necessary to show compliance with statutory provisions that vest jurisdiction in the court. A party is entitled, on demand, to a jury determination of any issue of fact on which a jury determination is available in other civil suites in their state."

TEX.GOV'T CODE § 571.133(d), therefore, requires, The Texas Rules of Civil Procedure and Evidence apply to this case.  That a case may go to trial with live pleadings of only a notice of appeal by a respondent and a general denial by the TEC and be submitted to a jury is specifically contradicted by Rules 45, 47, 68, 78, 91, 265, 266 and 269 of the Texas Rules of Civil Procedure, at a minimum.  Further, a notice of appeal and a general denial as the only live pleadings at trial would not give the trial court any basis to admit any evidence, as no evidence would have any tendency to make a fact plead more or less probable where there are no operative facts plead. TEX. R. CIV. EVID §401 AND 402.

Respectfully submitted,

AKERMAN LLP

By: */s/Joseph M. Nixon*
Joseph M. Nixon
joe.nixon@akerman.com
State Bar No. 15244800
1300 Post Oak Blvd. Suite 2500
Houston, Texas 77056
Tel:    (713) 623-0887
Fax:    (713) 9630-1527

James E. "Trey" Trainor, III
trey.trainor@akerman.com
700 Lavaca Street, Suite 1400
Austin, Texas 78701
Tel:   (512) 623-6700
Fax:   (512)623-6701

**COUNSEL   FOR   APPELLANT
MICHAEL QUINN SULLIVAN**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct cope of the foregoing Response to the Post-Submission Letter Brief of the Texas Ethics Commission has been electronically filed and served on all counsel below on January 2, 2018.

Eric J. R. Nichols
enichols@beckredden.com
Amanda Taylor
ataylor@beckredden.com
Amy K. Penn
apenn@beckredden.com
**BECK REDDEN, LLP**
515 Congress Ave., Suite 1900
Austin, Texas 78701
(512) 708-1000

**ATTORNEYS FOR APPELLEE**

43724001;1